IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DIANNA C. WALKER                                                                    PLAINTIFF

Vs                              CASE NO.: 3:08CV00131 BSM

ARKANSAS DEPARTMENT OF CORRECTION                                DEFENDANT

### ORDER

Pro Se Plaintiff Dianna C. Walker is hereby notified that, although she is prosecuting this case without the assistance of counsel, she is required to familiarize herself with, and comply with, the Federal Rules of Civil Procedure, as well as the Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas. Failure to comply *may* result in dismissal of case.

The Federal Rules of Civil Procedure are available in many libraries and bookstores and the Local Rules can be obtained from the U.S. District Clerk for the Eastern District of Arkansas. Plaintiff is hereby instructed to be familiar with and to comply with said Rules.

The Clerk of Court is directed to serve this order on plaintiff by both regular mail and certified mail, return receipt requested.

IT IS SO ORDERED this 24th day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE