**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**DIANNA C. WALKER**                                                            **PLAINTIFF**

**VS.**                 **CASE NO.: 3-08-CV-131-BSM**

**ARKANSAS DEPARTMENT OF
COMMUNITY CORRECTION**                                         **DEFENDANT**

**ORDER**

Defendant Arkansas Department of Community Correction ("ADCC") wishes to produce documents, which contain confidential information concerning various current and former ADCC employees from the organization's Northeast Arkansas Community Correction Center, as part of its initial disclosures mandated by Federal Rule of Civil Procedure 26(a)(1)(B). The release of these documents may constitute an unwarranted invasion of privacy.

Any confidential information gained by plaintiff Dianna C. Walker, as well as any documents photocopied or recorded and any information gained from them, may be used only in connection with preparing and presenting the plaintiff's case. Any documents obtained by Walker shall remain in the custody of Walker or her attorney. Neither Walker nor anyone acting for or on her behalf shall in any manner, directly or indirectly, transfer or communicate any of the information or data obtained to any person not a party to this litigation other than for proper purposes directly related to the trial of this action. Any such person to whom such communication is made is bound by the terms of this order.

At the conclusion of this litigation, neither Walker nor anyone acting for or on her

behalf shall in any manner, directly or indirectly, retain copies of these documents, and Walker shall either securely destroy or return the documents to ADCC's counsel.

IT IS SO ORDERED this 30th day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE