# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**DIANNA C. WALKER**                                                     **PLAINTIFF**

**v.**            **CASE NO. 3:08CV00131 BSM**

**ARKANSAS DEPARTMENT OF**
**COMMUNITY CORRECTION and**
**DAVID EBERHARD, In His Official**
**Capacity as Director, Arkansas**
**Department of Community Correction**                   **DEFENDANTS**

## JUDGMENT

Pursuant to the order enter today granting summary judgment in favor of defendants, this case is hereby dismissed with prejudice.

Dated this 27th day of January, 2011.

                                                 _____
                                                 UNITED STATES DISTRICT JUDGE